United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-12295-jkf
Anthony R Gagliardi                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 2           Date Rcvd: Jul 26, 2018
                            Form ID: 138NEW          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.
```
db         +Anthony R Gagliardi,    239 Wilde Avenue,    Drexel Hill, PA 19026-3415
cr         +Carisbrook Asset Holding Trust,    1581 Main Street, Suite 200,    Warrington, PA 18976-3400
13839169   +Bank of America NA,   c/o Thomas Puleo, Esq.,    KML Law Group PC,   701 Market St., Ste. 5000,
             Phila., PA 19106-1541
12996648    Bank of America-TX,    PO Box 650070,   Dallas, TX 75265-0070
14099342   +Carisbrook Asset Holding Trust,    c/o RoundPoint Mortgage Servicing Corp.,
             5016 Parkway Plaza Blvd.; Suite 200,    Charlotte, NC 28217-1930
13424981   +NEWLANDS ASSET HOLDING TRUST,    S/O ROUNPOINT MORTGAGE SERVICING CORP,
             5016 PARKWAY PLAZA BLVD,    CHARLOTTE, NC 28217-1932
12996652   +Robert F. Datner,    340 N. Lansdowne Avenue,    Lansdowne, PA 19050-1018
12996653   +Target National Bank,    C/O Target Credit Services,    P.O. Box 673,
             Minneapolis, MN 55440-0673
12996654   +The Datner Firm,   Robert F. Datner, Esquire,    340 N. Lansdowne Avenue,
             Lansdowne, PA 19050-1018
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Jul 27 2018 01:48:02     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2018 01:47:29
             Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 27 2018 01:48:00     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2018 01:55:55
             PRA  Receivables Management LLC,   POB 41067,    Norfolk, VA 23541-1067
13008710    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 27 2018 01:55:37
             American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
             Oklahoma City, OK  73126-8941
12996649   +E-mail/PDF: creditonebknotifications@resurgent.com Jul 27 2018 01:55:36     Credit One Bank,
             P.O. Box 98873,    Las Vegas, NV 89193-8873
12996650    E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 27 2018 01:47:55     Jefferson Capital Systems,
             16 McLeland Road,    Saint Cloud, MN 56303
13096963    E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 27 2018 01:47:55     Jefferson Capital Systems LLC,
             PO BOX 7999,    SAINT CLOUD MN 56302-9617
12996651   +E-mail/Text: bankruptcydpt@mcmcg.com Jul 27 2018 01:47:47     Midland Funding, LLC,
             8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
14043895    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2018 01:55:31
             Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
12996655   +E-mail/Text: bankruptcynotice@westlakefinancial.com Jul 27 2018 01:47:48
             Westlake Financial Services,    Box 76809,   Los Angeles, CA 90076-0809
                                                                                             TOTAL: 11
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13016039*     Bank of America-TX,   PO Box 650070,    Dallas, TX 75265-0070
13097020*    ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,    SAINT CLOUD MN 56302-7999
             (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
              SAINT CLOUD MN 56302-9617)
13023514    ##+Rjm Acquisitions Funding Llc,   575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi                 Page 2 of 2                  Date Rcvd: Jul 26, 2018
                              Form ID: 138NEW             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Carisbrook Asset Holding Trust
               cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Newlands Asset Holding Trust paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT F. DATNER    on behalf of Debtor Anthony R Gagliardi robertdatner@yahoo.com,
               megandatnerfirm@yahoo.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Anthony R Gagliardi
     Debtor(s)

Bankruptcy No: 13−12295−jkf
Chapter: 13

---

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/26/18

58 − 57
Form 138_new