United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-12295-jkf
Anthony R Gagliardi                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi         Page 1 of 2           Date Rcvd: Oct 01, 2018
                       Form ID: 206         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.
```
db         +Anthony R Gagliardi,    239 Wilde Avenue,    Drexel Hill, PA 19026-3415
cr         +Carisbrook Asset Holding Trust,    1581 Main Street, Suite 200,    Warrington, PA 18976-3400
13839169   +Bank of America NA,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
             Phila., PA 19106-1541
12996648    Bank of America-TX,    PO Box 650070,    Dallas, TX 75265-0070
14099342   +Carisbrook Asset Holding Trust,    c/o RoundPoint Mortgage Servicing Corp.,
             5016 Parkway Plaza Blvd.; Suite 200,    Charlotte, NC 28217-1930
13424981   +NEWLANDS ASSET HOLDING TRUST,    S/O ROUNPOINT MORTGAGE SERVICING CORP,
             5016 PARKWAY PLAZA BLVD,    CHARLOTTE, NC 28217-1932
12996652   +Robert F. Datner,    340 N. Lansdowne Avenue,    Lansdowne, PA 19050-1018
12996653   +Target National Bank,    C/O Target Credit Services,    P.O. Box 673,
             Minneapolis, MN 55440-0673
12996654   +The Datner Firm,    Robert F. Datner, Esquire,    340 N. Lansdowne Avenue,
             Lansdowne, PA 19050-1018
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Oct 02 2018 03:26:51    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 02 2018 03:26:34
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 02 2018 03:26:42    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2018 03:36:52
             PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13008710    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 02 2018 03:37:08
             American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
             Oklahoma City, OK 73126-8941
12996649   +E-mail/PDF: creditonebknotifications@resurgent.com Oct 02 2018 03:37:35    Credit One Bank,
             P.O. Box 98873,    Las Vegas, NV 89193-8873
12996650    E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 02 2018 03:26:41    Jefferson Capital Systems,
             16 McLeland Road,    Saint Cloud, MN 56303
13096963    E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 02 2018 03:26:41    Jefferson Capital Systems LLC,
             PO BOX 7999,    SAINT CLOUD MN 56302-9617
12996651   +E-mail/Text: bankruptcydpt@mcmcg.com Oct 02 2018 03:26:36    Midland Funding, LLC,
             8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
14043895    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2018 03:36:52
             Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
12996655   +E-mail/Text: bankruptcynotice@westlakefinancial.com Oct 02 2018 03:26:37
             Westlake Financial Services,    Box 76809,    Los Angeles, CA 90076-0809
                                                                                             TOTAL: 11
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13016039*     Bank of America-TX,    PO Box 650070,    Dallas, TX 75265-0070
13097020*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-9617)
13023514    ##+Rjm Acquisitions Funding Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2              User: Randi              Page 2 of 2              Date Rcvd: Oct 01, 2018
                                  Form ID: 206             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
              ANDREW   SPIVACK     on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Carisbrook Asset Holding Trust
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Newlands Asset Holding Trust paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROBERT F. DATNER    on behalf of Debtor Anthony R Gagliardi robertdatner@yahoo.com,
               megandatnerfirm@yahoo.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                        TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Anthony R Gagliardi                                              Case No: 13−12295−jkf

    Debtor(s)

_____

*NOTICE OF CHAPTER 13 CASE CLOSED*
*WITHOUT DISCHARGE*

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

                                              For The Court

Dated: 10/1/18                                    Timothy B. McGrath
                                              Clerk of Court

64
Form 206